QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GILBERT VARTANIAN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-005 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE** |
| v. | ) | |
| | ) | |
| GILBERT VARTANIAN, | ) | Date:  July 6, 2005 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: William B. Shubb |
| | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Robin Taylor, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, Gilbert Vartanian, that the status conference hearing date of June 15, 2005 be vacated and a new Status Conference hearing date of July 6, 2005 at 9:00 a.m. be set.

This continuance is requested because questions have arisen about the intended loss amount that has been alleged by the government.  The defense needs time to obtain documents from ebay concerning the intended loss amount.  There is a possibility that the government may be able to supply some of this information and the case agent has been

1   contacted to determine what additional documents may be available.

2   This information is needed prior to reaching any resolution in this

3   case.

4         It is further stipulated that the period from June 15, 2005

5   through and including July 6, 2005 should be excluded pursuant to 18

6   U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

7   counsel and defense preparation.

8   Dated: June 14, 2005

9                                    Respectfully submitted,

10                                   QUIN DENVIR
                                     Federal Defender
11
                                     /s/ Mary M. French
12                                   _____
                                     MARY M. FRENCH
13                                   Assistant Federal Defender
                                     Attorney for Defendant
14                                   GILBERT VARTANIAN

15

16  Dated: June 14, 2005             MCGREGOR W. SCOTT
                                     United States Attorney
17

18                                   /s/  Mary M. French for
                                          Robin Taylor
19                                   _____
                                     ROBIN TAYLOR
20                                   Assistant U.S. Attorney
                                     per telephonic authorization
21

22                                   **ORDER**

23  **IT IS SO ORDERED.**

24  Dated: June 15, 2005

25

26  _____
                                     WILLIAM B. SHUBB
27                                   UNITED STATES DISTRICT JUDGE

28

Stip & Order/Vartanian              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28