```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    GILBERT VARTANIAN
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-05-005 WBS
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )
15  GILBERT VARTANIAN,           )  Date: August 3, 2005
                                 )  Time: 9:00 a.m.
16              Defendant.       )  Judge: William B. Shubb
                                 )
17  _____ )

18
```

19       It is hereby stipulated between the parties, Robin Taylor,
20  Assistant United States Attorney, attorney for Plaintiff, and Mary M.
21  French, attorney for defendant, Gilbert Vartanian, that the status
22  conference hearing date of July 6, 2005 be vacated and a new Status
23  Conference hearing date of August 3, 2005 at 9:00 a.m. be set.
24       This continuance is requested because the government has provided
25  additional discovery relating to the relevant conduct and defense
26  counsel needs time to review it with her client and determine its
27  effect on the guidelines.
28       It is further stipulated that the period from July 6, 2005 through

1  and including August 3, 2005 should be excluded pursuant to 18 U.S.C.
2  §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
3  and defense preparation.
4  Dated: July 5, 2005
5                                              Respectfully submitted,
6                                              QUIN DENVIR
                                            Federal Defender
7
                                            /s/ Mary M. French
8                                              _____
                                            MARY M. FRENCH
9                                              Assistant Federal Defender
                                            Attorney for Defendant
10                                             GILBERT VARTANIAN
11
12 Dated: July 5, 2005                  MCGREGOR W. SCOTT
                                            United States Attorney
13
14                                             /s/  Mary M. French for
                                                  Robin Taylor
15                                             _____
                                            ROBIN TAYLOR
16                                             Assistant U.S. Attorney
                                            per telephonic authorization
17
18                                                   **ORDER**
19 **IT IS SO ORDERED.**
20 Dated:  July 5, 2005
21
22                                       _____
                                      WILLIAM B. SHUBB
23                                       UNITED STATES DISTRICT JUDGE
24
25
26
27
28

Stip & Order/Vartanian                 2