**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, CA 95615
  Telephone:   530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
**GILBERT VARTANIAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  vs.<br><br><br><br>GILBERT VARTANIAN,<br><br>             Defendant. | Case No. CR  S 05-005 WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:  August 3, 2005<br>TIME:   9:00 a.m.<br>CTRM:  Hon. William B. Shubb |

      It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Robin Taylor, Assistant United States Attorney, and defendant, GILBERT VARTANIAN, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for August 3, 2005, at 9:00 a.m., be rescheduled to September 7, 2005, at 9:00 a.m. The parties are requesting this continuance because defense counsel, recently appointed to this case, needs additional time to review the discovery and confer with his client regarding the charges and potential defenses.  The parties further stipulate and agree that time from the date of this Order through the date of the status conference set for September 7, 2005 be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to

1

| | |
|---|---|
| STIPULATION AND ORDER | CR    S    05-005<br>WBS |

prepare) and Local Rule T4.

Dated: August 2, 2005                    Respectfully submitted,

                                          JOSEPH J. WISEMAN, P.C.


                                          By:   /s/ Joseph J. Wiseman
                                              JOSEPH J. WISEMAN
                                              Attorney for Defendant
                                              GILBERT VARTANIAN

Dated: August 2, 2005                    McGREGOR W. SCOTT
                                        United States Attorney


                                        By:    /s/ Robin Taylor
ROBIN TAYLOR, AUSA
                                          Attorney for Plaintiff
                                          UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case be continued to September 7, 2005 at 9:00 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to September 7, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Code T4.

Dated: August 2, 2005

                                                WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE

| STIPULATION AND ORDER | | CR   S   05-005 |
|---|---|---|
| | WBS | |