JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
  1477 Drew Avenue, Suite 106
  Davis, CA 95615
  Telephone:    530.759.0700
  Facsimile:    530.759.0800

Attorney for Defendant
GILBERT VARTANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br><br>GILBERT VARTANIAN,<br><br>                    Defendant. | Case No. CR  S 05-005 WBS<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>DATE:   August 3, 2005<br>TIME:    9:00 a.m.<br>CTRM:  Hon. William B. Shubb |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA,

through its counsel of record, Robin Taylor, Assistant United States Attorney, and defendant,

GILBERT VARTANIAN, through his counsel of record, Joseph J. Wiseman, that the status

conference scheduled for August 3, 2005, at 9:00 a.m., be rescheduled to September 7, 2005, at

9:00 a.m. The parties are requesting this continuance because defense counsel, recently appointed

to this case, needs additional time to review the discovery and confer with his client regarding the

charges and potential defenses.  The parties further stipulate and agree that time from the date of

this Order through the date of the status conference set for September 7, 2005 be excluded from

the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to

1

prepare) and Local Rule T4.

Dated: August 2, 2005        Respectfully submitted,

JOSEPH J. WISEMAN, P.C.

By:  /s/ Joseph J. Wiseman

JOSEPH J. WISEMAN
Attorney for Defendant
GILBERT VARTANIAN

Dated: August 2, 2005        McGREGOR W. SCOTT
United States Attorney

By:   /s/ Robin Taylor

ROBIN TAYLOR, AUSA

Attorney for Plaintiff
UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case be continued to September 7, 2005 at 9:00 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to September 7, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Code T4.

Dated: August 2, 2005



WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER         WBS         CR   S   05-005