**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95616
  Telephone:  530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
**GILBERT VARTANIAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR.S 05 005 WBS |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER |
| | ) | |
| GILBERT VARTANIAN, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Robin Taylor, Assistant United States Attorney, and defendant, GILBERT VARTANIAN, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for September 7, 2005 at 9:00 a.m., be rescheduled to October 19, 2005 at 9:00 a.m. The parties are requesting this continuance to provide defendant's counsel additional time to review discovery with the defendant, discuss possible defenses and negotiate a resolution of the case with the government.

The parties further stipulate and agree that time from the date of this Order through the

date of the status conference set for October 19, 2005 be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: September 6, 2005               Respectfully submitted,

                    By:   /s/ Joseph J. Wiseman
                          JOSEPH J. WISEMAN
                          Attorney for Defendant
                          CHARLES SIGERSETH

Dated: September 6, 2005
                    By:    /s/ Robin Taylor
                          ROBIN TAYLOR, AUSA
                          Attorney for Plaintiff
                          UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case is continued to October 19, 2005 at 9:00 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to October 19, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: September 6, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE