```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 ) CR S-05-005 WBS
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER RESETTING
13         v.                    ) STATUS CONFERENCE AND EXCLUDING
                                 ) TIME UNDER THE SPEEDY TRIAL ACT
14  GILBERT VARTANIAN,           )
                                 ) DATE:  December 14, 2005
15              Defendant.       ) TIME:  9:00 a.m.
    _____) CTRM:  Honorable William B. Shubb
16
```

17       The United States of America, through its counsel of record,
18  Assistant United States Attorney Robin R. Taylor, and defendant
19  Gilbert Vartanian, through his counsel of record, Joseph J. Wiseman,
20  Esq., hereby submit this stipulation and proposed order resetting
21  the status conference held on November 10, 2005 to December 14,
22  2005, at 9:00 a.m.
23       Counsel further request that time be excluded from November 10,
24  2005, to December 14, 2005, from computation of time within which
25  the trial of this case must be commenced, pursuant to local codes A
26  (exam or hearing for mental or physical incapacity) and T4 (to give
27  counsel reasonable time to prepare).  Mr. Wiseman represents that
28  his client is being evaluated by a mental health professional and

that he will need time to review the findings and/or report. Additionally, counsel needs more time to confer about the case, discovery, and potential case resolution.  The defense represents that defendant Vartanian is aware of the request for continuance and approves of it.

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

Dated: November 15, 2005          By: /s/ Robin R. Taylor
                                          ROBIN R. TAYLOR
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff

DATED: November 15, 2005          By: /s/ Joseph J. Wiseman
                                          JOSEPH J. WISEMAN
                                          Attorney for Defendant

_____

**ORDER**

    For good cause shown above,

    **IT IS SO ORDERED.**

DATED: November 18, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE