**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**GILBERT VARTANIAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S 05 005 WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| GILBERT VARTANIAN, | |
| Defendant. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Robin Taylor, Assistant United States Attorney, and defendant, GILBERT VARTANIAN, through his counsel of record, Joseph J. Wiseman, that the conditions for pre-trial release of defendant GILBERT VARTANIAN be modified to permit the defendant to travel to the Central and Southern Districts of California with prior permission from his pre-trial services officer. All other conditions of pre-trial release shall remain in force.

Dated: November 22, 2005          Respectfully submitted,

                                              By:  __/s/  Joseph J. Wiseman__

JOSEPH J. WISEMAN
Attorney for Defendant
CHARLES SIGERSETH

Dated: November 22, 2005

By: _____/s/ Robin Taylor_____
ROBIN TAYLOR, AUSA
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

Pursuant to the Stipulation of the parties and for GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions for pre-trial release of defendant GILBERT VARTANIAN be modified to permit the defendant to travel to the Central and Southern Districts of California with prior permission from his pre-trial services officer. All other conditions of pre-trial release shall remain in force.

Dated:   November 30, 2005

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/vartanian005.stipord