Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
GILBERT VARTANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 05 00005 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING |
| GILBERT VARTANIAN, | ) | TIME |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The parties hereby stipulate to the following:

1.    A status conference in this matter is now scheduled for August 16, 2006 at 9:00 a.m.

2.    Investigation concerning a possible third party culpability defense is ongoing.  The

government is in the process of obtaining and providing new information/material,

and the defense investigator is attempting to contact a witness.  Therefore, a

continuance of the status conference until **September 6, 2006** is requested.

3.    It is further stipulated by the parties that time continue to be excluded to September 6,

2006 for preparation of counsel pursuant to local code T4.  18 U.S.C.

3161(h)(8)(B)(iv).

\\\

\\\

1

DATED: August 15, 2006          /s/ Tim Warriner
                                Attorney for defendant, GILBERT VARTANIAN


DATED: August 15, 2006          /s/ Camil Skipper
                                Assistant U.S. Attorney


<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for

August 16, 2006 be continued to September 6, 2006 at 9:00 a.m., and that time continue to be

excluded to September 6, 2006 for preparation of counsel pursuant to Local Code T4, 18

U.S.C. 3161(h)(8)(B)(iv).


DATED:  August 15, 2006


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2