Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
GILBERT VARTANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 05 00005 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING |
| GILBERT VARTANIAN, ) | TIME |
| Defendant. ) | |
| _____ ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter was scheduled for September 6, 2006 at 9:00 a.m.

2. Investigation concerning a possible third party culpability defense is ongoing. Defense counsel is in the process of obtaining potentially relevant computer materials located in the state of Texas. The defense investigator is attempting to contact additional witnesses. Therefore, a continuance of the status conference until **September 27, 2006** is requested.

3. It is further stipulated by the parties that time continue to be excluded to September 27, 2006 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

1

DATED: August 6, 2006       /s/ Tim Warriner
                                             Attorney for defendant, GILBERT VARTANIAN

DATED: August 6, 2006       /s/ Camil Skipper
                                             Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for September 6, 2006 be continued to September 27, 2006 at 9:00 a.m., and that time continue to be excluded to September 27, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: September 7, 2006

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE

2