Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
GILBERT VARTANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                         )<br>            Plaintiff,                    )<br>                                         )<br>      v.                                   )<br>                                         )<br> GILBERT VARTANIAN,              )<br>                                         )<br>            Defendant.                )<br>                                         )<br>                                         )<br>_____ ) | No. CR S 05 00005 WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for October 18, 2006 at 9:00 a.m.

2. Investigation concerning a possible third party culpability defense is ongoing. Defense counsel is now in the process of analyzing computer materials. The defense investigator is attempting to contact additional witnesses. Therefore, a continuance of the status conference until **October 25, 2006** is requested.

3. It is further stipulated by the parties that time continue to be excluded to October 25, 2006 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

1

| | | |
|---|---|---|
| 1 | DATED: October 17, 2006 | /s/ Tim Warriner |
| 2 | | Attorney for defendant, GILBERT VARTANIAN |
| 3 | DATED: October 17, 2006 | /s/ Camil Skipper |
| 4 | | Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for October 18, 2006 be continued to October 25, 2006 at 9:00 a.m., and that time continue to be excluded to October 25, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: October 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2