Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
GILBERT VARTANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GILBERT VARTANIAN, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____) | No. CR S 05 00005 WBS <br><br> STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for November 29, 2006 at 9:00 a.m.

2. Investigation concerning a possible third party culpability defense is ongoing. Defense counsel is analyzing computer materials. Therefore, a continuance of the status conference until **January 22, 2007** is requested.

3. It is further stipulated by the parties that time continue to be excluded to January 22, 2007 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

\\\

\\\

1

DATED: November 28, 2006        /s/ Tim Warriner
                                Attorney for defendant, GILBERT VARTANIAN

DATED: November 28, 2006        /s/ Camil Skipper
                                Assistant U.S. Attorney


## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for November 29, 2006 be continued to January 22, 2007 at 8:30 a.m., and that time continue to be excluded to January 22, 2007 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).


DATED:  November 29, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2