1 | Tim Warriner (SB#166128)
Attorney at Law
2 | 1725 Capitol Ave.
Sacramento, CA 95814
3 | (916) 443-7141
FAX: (916) 448-5346
4 |
5 | Attorney for Defendant
GILBERT VARTANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S 05 00005 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| GILBERT VARTANIAN, | ) | |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for January 22, 2007 at 8:30 a.m.

2. Investigation concerning a possible third party culpability defense is ongoing. Defense counsel is analyzing computer materials. Therefore, a continuance of the status conference until **March 5, 2007** is requested.

3. It is further stipulated by the parties that time continue to be excluded to March 5, 2007 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

\\\

\\\

1

| | | |
|---|---|---|
| DATED: January 19, 2007 | /s/ Tim Warriner | |
| | Attorney for defendant, GILBERT VARTANIAN | |
| DATED: January 19, 2007 | /s/ Camil Skipper | |
| | Assistant U.S. Attorney | |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for January 22, 2007 be continued to March 5, 2007 at 8:30 a.m., and that time continue to be excluded to March 5, 2007 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: January 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2