Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
GILBERT VARTANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GILBERT VARTANIAN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR S 05 00005 WBS <br><br> STIPULATION AND ~~PROPOSED~~ ORDER SETTING DATE FOR ENTRY OF PLEA OR SETTING OF TRIAL |

The parties hereby stipulate to the following:

1. A status conference in this matter is now scheduled for April 9, 2007 at 8:30 a.m.

2. Since the last status conference, the parties made significant progress towards a plea agreement. Defense counsel has reviewed the proposed plea agreement with Mr. Vartanian at counsel's office. Mr. Vartanian has requested that his counsel meet with his family members concerning the proposed plea agreement prior to entering into said agreement. In order to afford time to meet with Mr. Vartanian's family, who reside in Fresno, and in order to continue discussions with the client concerning the plea, an entry of plea date of **April 23, 2007** is requested.

3. Mr. Vartanian has maintained contact with his defense counsel and is prepared to appear at the April 9 status conference. Counsel has advised him of the proposed

1

April 23 date and he has stated he will be personally present in court on that date.

4. It is further stipulated by the parties that time continue to be excluded to April 23, 2007 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: April 3, 2007  /s/ Tim Warriner
Attorney for defendant, GILBERT VARTANIAN

DATED: April 3, 2007  /s/ Camil Skipper
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for April 9, 2007 be continued to April 23, 2007 at 8:30 a.m., for purposes of entry of plea or trial setting, and that time continue to be excluded to April 23, 2007 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

IT IS FURTHER ORDERED that Mr. Gilbert Vartanian be personally present at the April 23, 2007 status conference.

DATED: April 4, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2