1    Tim Warriner (SB#166128)
     Attorney at Law
2    1725 Capitol Ave.
     Sacramento, CA 95814
3    (916) 443-7141
     FAX: (916) 448-5346
4
     Attorney for Defendant
5    GILBERT VARTANIAN

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
     UNITED STATES OF AMERICA,        )      No. CR.S 05-00005 WBS
10                                     )
                 Plaintiff,            )
11                                     )      STIPULATION AND ~~PROPOSED~~
          v.                           )      ORDER VACATING JULY 31
12                                     )      TRIAL DATE AND SETTING
     GILBERT VARTANIAN,                )      TRIAL ON AUGUST 14, 2007,
13                                     )      AND EXCLUDING TIME
                 Defendant.            )
14                                     )
                                       )
15   _____)

16   The parties hereby stipulate to the following:

17        1.    Trial is presently scheduled for July 31, 2007, with a trial confirmation hearing set for

18              July 9.

19        2.    Both parties stipulate that the trial date set for July 31, 2007 shall be vacated and that

20              trial be reset for **August 14, 2007**.  The change of trial dates is to facilitate witness

21              schedules and to permit additional time to complete defense investigations and trial

22              preparation in this complex computer fraud case.

23        3.    It is further stipulated by the parties that time continue to be excluded to August 14,

24              2007 for preparation of counsel pursuant to local code T4.  18 U.S.C.

25              3161(h)(8)(B)(iv).  Mr. Vartanian consents to the continuance of the trial date and

26              exclusion of time.

27

28                                            1

DATED: June 22, 2007          /s/ Tim Warriner
                              Attorney for defendant, GILBERT VARTANIAN


DATED: June 22, 2007          /s/ Gilbert Vartanian, Defendant


DATED: June 22, 2007          /s/ Robin Taylor
                              Assistant U.S. Attorney


## ORDER DENYING CONTINUANCE

The court cannot approve the stipulation to continue the trial of this case to August 14, 2007, because it has another case which has already been set for trial on that date.  The request to continue the trial of this case is therefore DENIED.

.

DATED:  June 26, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2