Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
GILBERT VARTANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>     )<br>     Plaintiff,  )<br>     )<br>     v.  )<br>     )<br>GILBERT VARTANIAN,  )<br>     )<br>     Defendant.  )<br>     )<br>     )<br>_____) | No. CR S 05 00005 WBS<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER VACATING JULY 31<br>TRIAL DATE AND SETTING<br>TRIAL ON AUGUST 21, 2007,<br>AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1. Trial is presently scheduled for July 31, 2007, with a trial confirmation hearing set for July 9.

2. Both parties stipulate that the trial date set for July 31, 2007 shall be vacated and that trial be reset for **August 21, 2007 at 9:00 a.m.**. The change of trial dates is to facilitate witness schedules and to permit additional time to complete defense investigations and trial preparation in this complex computer fraud case.

3. It is further stipulated by the parties that time continue to be excluded to August 21, 2007 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv). Mr. Vartanian consents to the continuance of the trial date and exclusion of time.

1

DATED: July 2, 2007          /s/ Tim Warriner
                             Attorney for defendant, GILBERT VARTANIAN

DATED: July 2, 2007          /s/ Gilbert Vartanian, Defendant

DATED: July 2, 2007          /s/ Robin Taylor
                             Assistant U.S. Attorney

## ORDER DENYING CONTINUANCE

The trial date of July 31, 2007, was mutually agreed upon by both sides at the status conference on April 23, 2007.  The case has been pending in this court since the indictment was filed more than two and a half years ago.  The court is available on July 31, 2007 to hear the case.  It might also be available on August 21, 2007, but the other case set to begin the previous week could last longer than four days, thus causing the trial of this case to be further postponed.  It is also less likely that another case will have to be set for trial on the earlier date of July 31 than it is on the later date of August 21, 2007.  The vague reasons given, "to facilitate witness schedules and to permit additional time to complete defense investigations and trial preparation," are insufficient to justify a continuance under the circumstances.  The motion for continuance is therefore DENIED, and the trial confirmation hearing of July 9, 2007 will remain on calendar.

.

DATED: July 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2