```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    GILBERT VARTANIAN
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-05-005 WBS
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )
15  GILBERT VARTANIAN,           )  Date:  June 15, 2005
                                 )  Time:  9:00 a.m.
16              Defendant.       )  Judge: William B. Shubb
                                 )
17  _____)

18
```

19     It is hereby stipulated between the parties, Robin Taylor,
20 Assistant United States Attorney, attorney for Plaintiff, and Mary M.
21 French, attorney for defendant, Gilbert Vartanian, that the status
22 conference hearing date of May 18, 2005 be vacated and a new Status
23 Conference hearing date of June 15, 2005 at 9:00 a.m. be set.
24     This continuance is requested because there are a number of issues
25 that have arisen concerning the guidelines calculations and the loss
26 amount. Defense Counsel needs additional time to conduct investigation
27 to resolve these issues.
28     It is further stipulated that the period from May 18, 2005 through

1  and including June 15, 2005 should be excluded pursuant to 18 U.S.C.
2  §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
3  and defense preparation.
4  Dated: May 16, 2005

5                                             Respectfully submitted,

6                                             QUIN DENVIR
                                           Federal Defender
7
                                           /s/ Mary M. French
8                                             _____
                                           MARY M. FRENCH
9                                             Assistant Federal Defender
                                           Attorney for Defendant
10                                            GILBERT VARTANIAN

11

12 Dated: May 16, 2005                  MCGREGOR W. SCOTT
                                           United States Attorney
13

14                                            /s/  Mary M. French for
                                                Robin Taylor
15                                            _____
                                           ROBIN TAYLOR
16                                            Assistant U.S. Attorney
                                           per telephonic authorization
17

18                                                  **ORDER**

19 **IT IS SO ORDERED.**

20 Dated:  July 13, 2007 (nunc pro tunc)

21

22                               WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stip & Order/Vartanian                2